FILED

12/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0529

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 23-0529

---

CAITHNESS BEAVER CREEK, LLC,
     *Petitioner/Appellant*

    v.

THE MONTANA DEPARTMENT OF PUBLIC SERVICE
REGULATION, MONTANA PUBLIC SERVICE COMMISSION,
     *Respondent/Cross-Appellant*

and

NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,
     *Respondent/Appellee*

and

THE MONTANA CONSUMER COUNSEL,

     *Respondent-Intervenor/Appellee*

---

## ORDER GRANTING JOINT MOTION TO
## VOLUNTARILY DISMISS APPEAL

This matter comes before the Court on Appellant Caithness Beaver Creek, LLC's and Cross-Appellant Montana Department of Public Service Regulation, Montana Public Service Commission's *Joint Motion to Voluntarily Dismiss Appeal* filed on December 14th, 2023. Respondents/Appellees NorthWestern Energy and the Montana Consumer Counsel do not object to the Motion. Upon consideration of the Joint Motion and good cause appearing,

**IT IS HEREBY ORDERED** that the appeal and cross-appeal in the above matter are hereby **DISMISSED**, and the docket closed.

Dated this ____ day of December, 2023.

_____

Honorable Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2023